# United States Court of Appeals
## For the First Circuit

No. 12-1152

LAWRENCE TRAINOR,

Plaintiff, Appellee,

v.

HEI HOSPITALITY, LLC ET AL.,

Defendants, Appellants.

**JUDGMENT**

Entered: October 31, 2012

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed in part and vacated in part, and the matter is remanded for further proceedings consistent with the opinion issued this day. Two-thirds costs are taxed in favor of plaintiff-appellee Lawrence Trainor.

By the Court:

/s/ Margaret Carter, Clerk

cc: Hon. Denise J. Casper, Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts, Ms. Damon, Mr. Feldman, Ms. Harris, Mr. Hlawek, Ms. Kappelman, Mr. Maatman, & Mr. Mickiewicz.