# United States Court of Appeals
### For the First Circuit

No. 12-1152

LAWRENCE TRAINOR

Plaintiff - Appellee

v.

HEI HOSPITALITY, LLC; HEI HOSPITALITY MANAGEMENT, LLC; MERRITT HOSPITALITY, LLC

Defendants - Appellants

**MANDATE**

Entered: November 27, 2012

In accordance with the judgment of October 31, 2012, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Lisa J. Damon
Gary M. Feldman
James M. Harris
James M. Hlawek
Lynn A. Kappelman
Gerald Leonard Maatman Jr.
Kenneth John Mickiewicz