OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARGARET CARTER
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

March 11, 2013

Mr. Gary M. Feldman
Davis Malm & D'Agostino P.C.
One Boston Place
Boston, MA 02108

    Re: Trainor v. HEI Hospitality, LLC et al
    No. 12-1152
    Bill of Costs

Dear Attorney Feldman:

    The Clerk's Office reviewed the bill of costs filed on November 19, 2012, on behalf of the plaintiff-appellee Lawrence Trainor. There are discrepancies between the bill of costs and the maximum rate at which costs may be taxed. The bill of costs seeks to recover costs for paper copies of briefs that were filed and served electronically, and as such, the request exceeds the number allowed by rule. See Administrative Order Regarding CM/ECF, Rule 4. Finally, appellee seeks reimbursement for Westlaw charges in the amount of $3,562.36 which do not appear to be authorized under Fed. R. App. P. 39.

    Accordingly, we propose to tax costs in favor of plaintiff-appellee as follows:

**Reproduction of brief**:
[Brief (68 pages x $.10 per page)] x 11 copies =     $74.80
[Bindings per brief $3.50] x 11 copies =             $38.50

**Reproduction of appendix (see exhibit A to bill of costs):**
[Appendix (668 pages x $.10 per page)] x 4 copies = $267.20
[Bindings per appendix $3.50] x 4 copies =           $14.00

                       Subtotal      $383.50

    **Total at two-thirds costs per judgment:      $262.97**

Any objection to this letter must be filed within ten days.

Sincerely,

/s/ Margaret Carter, Clerk

cc:
Kenneth John Mickiewicz
James M. Hlawek
Lisa J. Damon
James M. Harris
Lynn A. Kappelman
Gerald Leonard Maatman, Jr.